Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
PABLO ARREOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR S-08-357 WBS |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| PABLO ARREOLA, et. al, ) | DATE:  May 4, 2009 |
| ) | TIME:  8:30 a.m. |
| Defendants. ) | COURT:  Hon. William B. Shubb |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for May 4, 2009, may be continued to June 8, 2009, at 8:30 a.m.  Scott Cameron, the attorney for PABLO ARREOLA, has delivered a written objection to the Probation Officer contesting a prior conviction of PABLO ARREOLA.  The parties need additional time to order court records, such as the booking photo in the prior case, to resolve the issue informally.

It is further stipulated that the date for the Pre-Sentence Report to be filed with the court may be extended to May 25, 2009, and the date for a Motion for Correction of the Pre-Sentence Report to be served and filed may be extended to June 1, 2009.

/ / /

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: April 20, 2009        LAWRENCE G. BROWN
                             Acting United States Attorney


                       by    /s/ Scott N. Cameron, for
                             Michael Beckwith
                             Assistant U.S. Attorney

DATED: April 20, 2009

                       by    /s/ Scott N. Cameron
                             Scott N. Cameron
                             Counsel for Pablo Arreola

## Order

Good cause appearing,

The sentencing hearing scheduled for May 4, 2009, is continued to June 8, 2009, at 8:30 a.m.  The date for the Pre-Sentence Report to be filed with the court is extended to May 25, 2009, and the date for a Motion for Correction of the Pre-Sentence Report to be served and filed is extended to June 1, 2009.

IT IS SO ORDERED.

DATED:   April 20, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE